**TAYLOR BRANDS, LLC, Plaintiff–Appellant,**

v.

**GB II CORPORATION (doing business as Columbia River Knife and Tool Company), Defendant–Appellee.**

**No. 2010–1151.**

United States Court of Appeals, Federal Circuit.

July 28, 2011.

Peter N. Lalos, Novak Druce & Quigg, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Thomas P. Pavelko.

Scott E. Davis, Klarquist Sparkman, LLP, of Portland, OR, argued for defendant-appellee. With him on the brief were Derrick W. Toddy, John D. Vandenberg and Philip Warrick.

NEWMAN, SCHALL, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**